IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAESAR NATHANIAL JAMES CRAYTON,

Petitioner,

v.

No. 2:25-cv-451-KG-GBW
No. 2:21-cr-363-KG-GBW

UNITED STATES OF AMERICA,

Respondent.

ORDER

This matter is before the Court on the United States' Motion for Extension of Time to Respond to Petitioner Caesar Nathanial James Crayton's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. 3). The United States seeks an extension citing to the numerous legal issues raised by Petitioner in his § 2255 Motion and the lengthy procedural history of this case. The United States asks for a 60-day extension of its October 23, 2026 deadline. Having reviewed the request, the Court finds the Motion for Extension is well-taken and will grant the motion.

IT IS THEREFORE ORDERED that the United States' Motion for Extension of Time to Respond to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, (Doc. 3), is GRANTED and the United States shall answer the § 2255 Motion by December 22, 2026. Petitioner may file an optional reply within thirty (30) days after the answer is filed.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE


- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.